IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIDEO SOLUTIONS PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:23-cv-222-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

## CISCO'S NOTICE OF TRIAL CONFLICT ON JUNE 16, 2025

Defendant Cisco Systems, Inc. ("Cisco") has reviewed the Court's trial settings in the Marshall Division to identify its next available trial date. Following that review, Cisco respectfully submits this Notice to inform the Court of the conflicts listed below for the Court's June 16, 2025 trial setting. In light of its conflicts, Cisco respectfully requests the Court's next available trial date of September 15, 2025. Cisco had been ready to proceed on several of the previously scheduled trial dates in the case, including the February 10, March 17, April 21, and May 19 trial dates. Cisco will submit additional information or declarations from the witnesses and attorneys listed below should the Court require more information about the conflicts.

Cisco's sole technical expert, Dr. Kevin Almeroth, has non-refundable, pre-planned international travel with his family scheduled from June 15 to June 25, 2025. Dr. Almeroth will be prejudiced should trial proceed on June 16th because he will be unable to recover several thousand dollars he spent on his trip.

Cisco's sole damages, Lauren Kindler, has a deposition in *Valtrus Innovations Ltd. v. SAP America Inc.*, E.D. Tex. Case No. 2:24-cv-21-JRG on June 18, 2025. Ms. Kindler is an expert for the defendant in the *Valtrus* case and has offered opinions on damages and related topics. The deposition is scheduled to last all day and must occur by June 18, 2025, the last day of expert discovery, based on the docket control order in that case. *See* Ex. A. Cisco will be prejudiced if trial occurs the week of June 16th and Ms. Kindler is unable to hear some of the evidence submitted in this case because of her pre-existing commitment to testify at her deposition in *Valtrus*.

One of Cisco's "will call" fact witnesses, Paul Bright-Thomas, a principal engineer responsible for the accused Webex functionality, similarly has non-refundable, pre-planned international travel from June 14 to June 20, 2025 and has various family and work commitments during that time period. Given Dr. Bright-Thomas' extensive knowledge of the accused functionality, Cisco will be prejudiced if trial occurs the week of June 16th and it has to proceed without him because of his prior commitments.

Cisco's in-house attorneys who have been responsible for this case since its inception, Bryan Sinclair and Bill Silverio, have a conflict with a June 16, 2025, trial setting. Cisco is currently scheduled to go to trial in the District of Delaware the week of June 9, 2025, in another case for which Messrs. Sinclair and Silverio are responsible, *Cosmokey Solutions Gmbh & Co. Kg v. Duo Security, Inc.*, D. Del. Case No. 1:18-cv-1477-JLH. Trial in *Cosmokey* has been set since February 7, 2023. *See* Ex. B. Should trial in this case proceed on June 16th, Mr. Sinclair's and Mr. Silverio's abilities to supervise this case, assist with trial preparation, and participate in settlement discussions with Plaintiff will be limited, as will their abilities to attend trial should the *Cosmokey* trial extend to a second week.

| | |
|---|---|
| Dated: May 20, 2025 | Respectfully submitted,<br><br>*/s/ Melissa R. Smith*<br>Melissa R. Smith (TX Bar No. 24001351)<br>Tom Gorham (TX Bar No. 24012715)<br>**GILLAM & SMITH LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br>Fax: (903) 934-9257<br>melissa@gillamsmithlaw.com<br>tom@gillamsmithlaw.com<br><br>Jared Bobrow (CA State Bar No. 133712)<br>Jason Lang (CA State Bar No. 255642)<br>Diana Rutowski (CA State Bar No. 233878)<br>Parth Sagdeo (CA State Bar No. 325269)<br>Jingyuan Luo (CA State Bar No. 313149)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Tel: (650) 614-7400<br>Fax: (650) 614-7401<br>jbobrow@orrick.com<br>jlang@orrick.com<br>drutowski@orrick.com<br>psagdeo@orrick.com<br>jluo@orrick.com<br><br>Sarah K. Mullins (CA State Bar No. 324558)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: (415) 773-4572<br>Fax: (631) 790-4932<br>sarahmullins@orrick.com<br><br>Ernie Fok (CA State Bar No. 341927)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>631 Wilshire Boulevard, Suite 2C<br>Santa Monica, California 90401<br>Tel: (310) 633-2825<br>Fax: (310) 633-3849<br>efok@orrick.com<br><br>*Attorneys for Defendant Cisco Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 20, 2025.

                 */s/ Melissa R. Smith*